**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Guadelmiro Reyes LOPEZ, Jr., Defendant–Appellant.**

**No. 01–7473.**

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Guadelmiro Reyes Lopez, Jr., Appellant Pro Se. James Ashford Metcalfe, Assistant

United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Guadelmiro Reyes Lopez, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lopez*, Nos. CR–99–38; CA–00–901–2 (E.D.Va. May 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*